UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEIF DEREK TRUITT,<br><br>Defendant. | CRIMINAL NO. RDB-22-131 |

## GOVERNMENT'S MOTION TO SEAL

Comes now the United States of America, by and through undersigned counsel, and hereby requests that the Government's Letter dated May 30, 2025 and proposed order be filed under seal as they refer to confidential mental health information concerning the defendant.

WHEREFORE, it is respectfully requested that Government's Letter dated May 30, 2025 and proposed order be filed UNDER SEAL.

                                              Respectfully submitted,

                                              Kelly O. Hayes
                                              United States Attorney

By:       /s/
           Paul A. Riley
           Assistant United States Attorney
           36 South Charles Street, 4th Floor
           Baltimore, Maryland 21201